# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-40243 |
| ERIE ISLANDS RESORT & MARINA, ) | |
| AN OHIO GENERAL PARTNERSHIP, ) | Chapter 7 |
| ) | |
| Debtor. ) | Judge Kay Woods |
| ) | |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM FILED BY MICHELLE M. BARTHOLOMEW AND JOAN A. BARTHOLOMEW

Michelle M. Bartholomew, Joan A. Bartholomew, by undersigned counsel, hereby withdraw: (i) Proof of Claim No. 48 filed by Michelle M. Bartholomew on October 18, 2017, in the amount of $91,538.24, and (ii) Proof of Claim No. 49 filed by Joan A. Bartholomew on October 18, 2017, in the amount of $181,534.48.

    Respectfully submitted,

    */s/ Bruce J. L. Lowe*
    Bruce J. L. Lowe (OH#0010918)
    blowe@taftlaw.com
    TAFT STETTINIUS & HOLLISTER LLP
    200 Public Square
    Suite 3500
    Cleveland, OH 44114-2302
    Tel: (216) 241-2838
    Fax: (216) 241-3707

    Counsel for Michelle Bartholomew and Joan Bartholomew

22957360.1

# CERTIFICATE OF SERVICE

I certify that, on July 11, 2018, copies of the foregoing document were served via the Court's CM/ECF system on the parties listed on the Court's Electronic Mail Notice List, including:

| | |
|---|---|
| Austin Barnes, III on behalf of Tax Ease Ohio, LLC<br>abarnes@sandhu-law.com | Kate Bradley on behalf of Chapter 7 Trustee<br>kbradley@brouse.com |
| Stefanie Deka on behalf of IPFS Corporation<br>sdeka@mcglinchey.com | Bridget Franklin on behalf of Chapter 7 Trustee<br>bfranklin@brouse.com |
| Ronald Gold on behalf of DJM Realty Services, LLC and Gordon Brothers Group, LLC<br>rgold@fbtlaw.com | Michael E. Idzkowski on behalf of Ohio EPA<br>Michael.idzkowski@ohioattorney general.gov |
| Thomas Lucas on behalf of Carl Gordon<br>tlucas@rengellaw.com | Marc Merklin on behalf of Chapter 7 Trustee<br>mmerklin@brouse.com |
| Leo Puhalla on behalf of Landmark Financial Investments, Inc.<br>lpuhalla@mnblawyers.com | Timothy Reardon on behalf of Chapter 7 Trustee<br>treardon@brouse.com |
| Kirk Roessler on behalf of Mark Abood<br>kroessler@walterhav.com | Andrew Suhar on behalf of Chapter 7 Debtor<br>asuhar@suharlaw.com |
| Scott Belhorn on behalf of Office of the U.S. Trustee<br>Scott.R.Bellhorn@usdoj.gov | |

*/s/ Bruce J. L. Lowe*
Bruce J. L. Lowe